**RECEIVED**

SEP 2 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ROY RASPANTI | CIVIL ACTION NO.:6:05CV 2135 |
| VERSUS | JUDGE REBECCA F. DOHERTY |
| THOMAS S. KEATY, II | MAGISTRATE JUDGE METHVIN |

### ORDER

For reasons more fully defined in the Memorandum Ruling, Movant's "Notice of Appeal" is HEREBY DENIED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 28th day of September, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE