**RECEIVED**
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE ___1_/5_/07_cg___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ROY RASPANTI | CIVIL ACTION NO.:6:05CV 2135 |
| VERSUS | JUDGE REBECCA F. DOHERTY |
| THOMAS S. KEATY, II | MAGISTRATE JUDGE METHVIN |

### MEMORANDUM RULING

Pending before the Court is a Motion for New Trial [Doc. No. 44] filed by plaintiff, Roy Raspanti. Upon consideration of the pleadings in support of plaintiff's motion as well as the responses filed by defendant,[1] the Court finds no basis in law or fact to grant plaintiff's motion.

Accordingly, appellant's "Motion for New Trial" [Doc. 44] is **HEREBY DENIED**.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___ day of _____, 200__.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes Chief Judge Haik's November 16, 2006 decision in the related matter of *Raspanti v. Keaty*, Civil Matter Number 03-1875.

-1-